IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL L. SMITH, AIS # 240153,** : | |
| Plaintiff, : | |
| vs. : | **CIVIL ACTION 06-00666-WS-C** |
| **JEREMY ALFORD,** *et al.*, : | |
| Defendants. : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

**DONE** this 11th day of July, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE